```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 07 B 06278
     RICHARD E CALLOWAY
                                                    CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

          Debtor
     SSN XXX-XX-2794


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/07/07 .

     2.  The case was dismissed without confirmation, 07/20/2007.

-----------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID           PAID
-----------------------------------------------------------------------------
WILSHIRE CREDIT CORP         CURRENT MORTG          .00            .00            .00
WILSHIRE CREDIT CORP         MORTGAGE ARRE   NOT FILED             .00            .00
AMERICAN HONDA FINANCE       SECURED VEHIC         .00             .00            .00
GREATER SUBURBAN ACCEPTA     UNSECURED       NOT FILED             .00            .00
BUREAU OF ACCOUNTS CONTR     UNSECURED       NOT FILED             .00            .00
CREDIT PROTECTION ASSOC      UNSECURED       NOT FILED             .00            .00
RJM ACQUISITIONS LLC         UNSECURED       NOT FILED             .00            .00
BARONS CREDITORS SERVICE     UNSECURED       NOT FILED             .00            .00
COLLECT SPECIALISTS INC      UNSECURED       NOT FILED             .00            .00
CREDITORS DISCOUNT & AUD     UNSECURED       NOT FILED             .00            .00
CCA                          UNSECURED       NOT FILED             .00            .00
MERCHANTS CREDIT GUIDE       UNSECURED       NOT FILED             .00            .00
MERCHANTS CREDIT GUIDE       UNSECURED       NOT FILED             .00            .00
MERCHANTS CREDIT GUIDE       UNSECURED       NOT FILED             .00            .00
NCO FINANCIAL                UNSECURED       NOT FILED             .00            .00
NICOR GAS                    UNSECURED       NOT FILED             .00            .00
PLAINS COMMERCE BK           UNSECURED       NOT FILED             .00            .00
RENAISSANCE RECOVERY SRV     UNSECURED       NOT FILED             .00            .00
FEDERAL BOND & COLLECTIO     UNSECURED       NOT FILED             .00            .00
PROFESSIONAL ACCOUNT MGM     UNSECURED       NOT FILED             .00            .00
-----------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID           PAID

A-1 COLLECTION AGENCY        UNSECURED       NOT FILED             .00            .00
US DEPARTMENT OF EDUCATI     UNSECURED       NOT FILED             .00            .00
UNITED CONSUMER FINANCIA     UNSECURED       NOT FILED             .00            .00
          Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00          .00          .00           .00
PRINCIPAL PAID          .00           .00          .00          .00           .00
INTEREST PAID           .00           .00          .00          .00           .00
TOTAL PAID              .00           .00          .00          .00           .00
```

The Debtor's attorney, HELLER & RICHMOND                , was allowed $         .00 and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/09/07                         /S/
                                       GLENN STEARNS
                                     CHAPTER 13 TRUSTEE